AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**JAMES EDWARD HILBERT**<br><br>*Defendant.* | )<br>)<br>)   Case No.  20-6258-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10//10/2019 to 7/1/2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | Possession of child pornography. |
| Title 18, United States Code, Sections 2252(a)(2) and (b)(1) | Receipt of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jarid Pfalzgraf , Special Agent, FBI
*Printed name and title*

Sworn in my presence by Video.

Date: July 1, 2020

*Judge's signature*

City and state:   Fort Lauderdale, Florida    Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, JARID PFALZGRAF, a Special Agent (SA) with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2019. Prior to becoming a SA, I served as a Deputy Sheriff for the Green Lake County Sheriff's Office in Green Lake, Wisconsin from May 2013 to September 2013 and then as a Police Officer for the City of Fond du Lac Police Department in Fond du Lac, Wisconsin from September 2013 to May 2019. I am currently assigned to the FBI Miami Child Exploitation and Human Trafficking Taskforce. In this capacity, I am responsible for conducting criminal investigations and statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252, and 2252A. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed many still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and have discussed and reviewed these materials with other law enforcement officers.

3. This Affidavit is submitted in support of a criminal complaint which charges JAMES EDWARD HILBERT (HILBERT) with possession of visual depictions of minors engaged in

1

sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and receipt of visual depictions of minors engaged in sexually explicit conduct in in violation of Title 18, United States Code, Section 2252(a)(2).

4. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint against HILBERT for the aforementioned criminal violations.

## SUMMARY OF THE INVESTIGATION

5. On June 30, 2020, a federal search warrant was obtained directing law enforcement to search the residence located at 1821 SW 57th Avenue, West Park, Florida 33023. The search warrant was obtained based on probable cause to believe that there had been a violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B), (possession and receipt of child pornography) and that evidence of said violations existed at the Residence.

6. On July 1, 2020, law enforcement executed the federal search warrant at the above mentioned residence and seized, among other things, a Samsung cell phone.

7. Present during the search of the residence was JAMES EDWARD HILBERT. HILBERT was interviewed. HILBERT waived his *Miranda* rights and admitted that he had been downloading child pornography from the Internet and viewing it on the aforementioned cell phone. HILBERT stated that he stored child pornography on the aforementioned cell phone.

8. The following files were located on the aforementioned cell phone and are described as follows:

    a. Video 1: Downloaded on October 10, 2019 at 7:40 PM contains footage of what appears to be a male under the age of 18 years of age, exposing his nude genitals.

    b. Video 2: Downloaded on October 16, 2019 at 8:50 PM contains footage of what appears to be a male under the age of 18 years of age, exposing his nude genitals.

    c. Video 3: Downloaded on October 16, 2019 at 9:51 PM contains footage of what appears to be a male under the age of 18 years of age, exposing his nude genitals.

9. In addition to viewing child pornography, HILBERT also admitted to distributing child pornography to other individuals in the past utilizing the aforementioned cell phone.

10. HILBERT additionally admitted to sexually molesting a seven-year-old male in the past. A records check revealed that in 2013, HILBERT was arrested in Broward County for Aggravated Child Abuse, Lewd or Lascivious Molestation, Sex Assault by Over 18 YOA with Victim under 12 YOA, Lewd and Lascivious Molestation of Victim Less Than 12 YOA but only convicted on Aggravated Child Abuse. HILBERT is currently on probation for that offense.

## Conclusion

11. Based on the aforementioned factual information, I respectfully submit that there is probable cause to support the arrest of JAMES EDWARD HILBERT, for possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section

2252(a)(4)(B) and (b)(2), and receipt of visual depictions of minors engaged in sexually explicit conduct in in violation of Title 18, United States Code, Section 2252(a)(2).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

*[signature]*
JARID PFALZGRAF
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me telephonically this __1st__ day of July, 2020.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 20-6258-Snow

### BOND RECOMMENDATION

DEFENDANT: JAMES EDWARD HILBERT

Pre-Trial Detention recommended
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *M. Catherine Koontz*
AUSA: M. Catherine Koontz

Last Known Address: _____

What Facility: _____

Agent(s): Jarid Pfalzgraf, FBI SA
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)